IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| VS. | : NO. 5:04-M-01-04 (CWH) |
| EARL S. IRELAND, | : |
| Defendant | : |

## ORDER

After consideration of the Petition by the United States of America and the statements of fact contained therein, in accordance with the authority of Title 18, United States Code, Section 3573,

IT IS HEREBY ORDERED, that all of the unpaid portion of the mandatory assessment fee imposed against defendant, including interest and penalties, if any, is hereby REMITTED.

SO ORDERED AND DIRECTED, this 12th day of MARCH, 2007.

CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE